# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                               Case Number:

RAFAEL RIVERA, Plaintiff,

Time Warner Book Group, Inc. and/or Hatchett Book Group USA, Inc. and/or Duke Realty Corp and/or all d/b/a Time Warner Books and Time Warner Books

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
|---|
| EDWARD GARRIS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ EDWARD GARRIS |
| FIRM |
| ELLIOT RICHARDSON & ASSOCIATES, LLC |
| STREET ADDRESS |
| 20 S. CLARK STREET, STE. 500 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286217 | (312) 676-2100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**08 C 128**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT