**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Rafael Rivera

                                Plaintiff,

v.                                                          Case No.: 1:08−cv−00128
                                                           Honorable Milton I. Shadur

Time Warner Book Group, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

       MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Rivera's counsel is ordered to file an appropriate amendment to the Complaint on or before January 22, 2008 specifying the state of incorporation of each of the three defendants.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.