**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

RAFAEL RIVERA, Plaintiff,

Time Warner Book Group, Inc. and/or Hatchett Book Group USA, Inc. and/or Duke Realty Corp and/or all d/b/a Time Warner Books and Time Warner Books

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) SEAN M. BAKER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ SEAN M. BAKER | |
| FIRM ELLIOT RICHARDSON & ASSOCIATES, LLC | |
| STREET ADDRESS 20 S. CLARK STREET, STE. 500 | |
| CITY/STATE/ZIP CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6224417 | TELEPHONE NUMBER (312) 676-2100 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

**08 C 128**

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT