AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RAFAEL RIVERA, Plaintiff,

V.

Time Warner Book Group, Inc. and/or Hatchett Book Group USA, Inc. and/or Duke Realty Group and/or all d/b/a Time Warner Books and Time Warner Books

CASE NUMBER: 08 C 128

ASSIGNED JUDGE: Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Re: Time Warner Book Group, Inc
c/o CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. CLARK STREET, SUITE 500
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 1 0 2008

DATE

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/22/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William M. Mattingly | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    Time Warner Book Group, Inc.
    c/o CT Corporation System, 251 E. Ohio St., Ste. 1100, Indianapolis, IN 46204 - c/o Tricia Cherry

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/22/08      *William M. Mattingly*
             Date              Signature of Server

                        9725 INNISBROOK BLVD
                        CARMEL, IN 46032
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RAFAEL RIVERA, Plaintiff,

V.

Time Warner Book Group, Inc. and/or Hatchett Book Group USA, Inc. and/or Duke Realty Group and/or all d/b/a Time Warner Books and Time Warner Books

CASE NUMBER: 08 C 128

ASSIGNED JUDGE: Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Re: Duke Realty Corp,
c/o CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. CLARK STREET, SUITE 500
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

JAN 10 2008

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/22/2008 |
| NAME OF SERVER (PRINT)<br>William M. Mattingly | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
  Duke Realty Corp.
  c/o CT Corporation System, 251 E. Ohio St., Ste. 1100, Indianapolis, IN 46204 - c/o Tricia Cherry

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/08
            Date           Signature of Server

9725 INNISBROOK BLVD
CARMEL, IN 46032
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RAFAEL RIVERA, Plaintiff,

V.

Time Warner Book Group, Inc. and/or Hatchett Book Group USA, Inc. and/or Duke Realty Group and/or all d/b/a Time Warner Books and Time Warner Books

CASE NUMBER: 08 C 128

ASSIGNED JUDGE: Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Re: Hatchett Book Group, USA, Inc
c/o CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELLIOT RICHARDSON & ASSOCIATES, LLC
20 S. CLARK STREET, SUITE 500
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

JAN 10 2008

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/22/2008 |
| NAME OF SERVER (PRINT)<br>William M. Mattingly | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
  Hatchet Book Group, USA, Inc.
  c/o CT Corporation System, 251 E. Ohio St., Ste. 1100, Indianapolis, IN 46204 - c/o Tricia Cherry

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/08
            Date

Signature of Server

9125 INNISBROOK BLVD
CARMEL, IN 46032
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.