# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08 C 128

RAFAEL RIVERA,
    Plaintiff,

v.

TIME WARNER BOOK GROUP, INC., and/or HACHETTE BOOK GROUP USA, INC., and/or DUKE REALTY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DUKE REALTY CORPORATION, Defendant.

| | |
|---|---|
| NAME (Type or print) <br> Carl A. Redmond | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carl A. Redmond | |
| FIRM <br> Law Offices of Lauren K. Meachum | |
| STREET ADDRESS <br> 10 S. LaSalle Street, Suite 2800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276257 | TELEPHONE NUMBER <br> (312) 726-6317 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |