# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

Rafael Rivera                                                    Case   08 C 128

v.

Time Warner Book Group, Inc., et al.                             Judge Milton S. Shadur


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIME WARNER BOOK GROUP, INC. and HACHETTE BOOK GROUP USA, INC.

| |
|---|
| NAME (Type or print)<br>HOWARD KRAUSKOPF |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/ S/ HOWARD KRAUSKOPF |
| FIRM<br>MYERS MILLER & KRAUSKOPF, LLC |
| STREET ADDRESS<br>30 N. LASALLE STREET, SUITE 2200 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3126664 | TELEPHONE NUMBER<br>312-345-7250 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES      NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES      NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES      NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |

**INSTRUCTIONS FOR COMPLETING APPEARANCE FORM
AND RULES CONCERNING APPEARANCES BY ATTORNEYS**

1. **General Information**

    Local Rule 83.17 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete a separate appearance form.

2. **Listing of Parties for Whom the Attorney is Appearing**

    The names of each of the parties represented by the attorney filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney for." The type of party, *e.g.,* plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, *e.g.*, all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. **Identification Number**

    An attorney who is a member of the Illinois bar should enter the identification number issued to him or her by the Illinois Attorney Registration and Disciplinary Commission (ARDC). An attorney who is not a member of the Illinois bar should leave this item blank.

4. **Lead Counsel and Notices**

    Where more than one attorney appears on behalf of a party or parties, all attorneys will be entered on the docket as attorneys of record. E-mail notices will be sent to all attorneys of record who are registered e-filers. However, in any instance where notice must be mailed through the postal system, such notice will only be mailed to the attorney shown as lead counsel, except where local counsel has been designated pursuant to Local Rule 83.15 (see below).

5. **Appearances and Trial Bar Membership**

    All attorneys filing appearances must indicate whether or not they are members of the trial bar of this Court and whether or not they are the attorney who will try the case in the event that it goes to trial.
    In criminal actions, an attorney who is not a member of the trial bar may not act as the only counsel representing a party.
    Pursuant to Local Rule 83.12, a member of the trial bar must accompany such attorney and must also file an appearance.
    In civil actions, if a trial bar attorney has not previously filed an appearance and the case goes to trial, a trial bar attorney, pursuant to Local Rule 83.17, must obtain leave of court to file an appearance.

6. **Designation of Local Counsel**

    Pursuant to Local Rule 83.15, an attorney who does not have an office in this District may appear before this Court "only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made." No attorney having an office in this District may designate local counsel. No attorney may designate more than one attorney as local counsel. In the event that notices need to be mailed manually rather than via e-mail, such notices will be mailed by the Clerk's Office to both the attorney identified as lead counsel and the attorney designated as local counsel.

7. **Parties are Required to Consider Alternative Dispute Resolution**

    Pursuant to 28 U.S.C. §652(a), all litigants in civil cases pending before this Court are directed to consider the use of an alternative dispute resolution process at the earliest appropriate stage of the litigation. Such process may include mediation, early neutral evaluation, minitrial, or arbitration.

8. **Local Rule 3.2 Requires Notification As To Affiliates**

    In every action in which an affiliate of a public company is a party, counsel for such party shall file with the Clerk a statement listing each public company of which such party is an affiliate. Where such party is a plaintiff the statement shall be filed with the complaint. Where such party is a defendant the statement shall be filed with the answer

or motion in lieu of answer.