12264                                                                            HK/NL/bla

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 128 |
| | ) | |
| TIME WARNER BOOK GROUP, INC. | ) | Honorable Judge Milton I. Shadur |
| and/or HACHETTE BOOK GROUP USA, | ) | |
| INC. and/or DUKE REALTY | ) | Magistrate Judge Schenkier |
| CORPORATION and/or all d/b/a TIME | ) | |
| WARNER BOOKS and TIME WARNER | ) | |
| BOOKS, | ) | |
| Defendant. | ) | |

### DEFENDANTS' TIME WARNER BOOK GROUP, INC. AND HACHETTE BOOK GROUP, INC.'S, MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants, TIME WARNER BOOK GROUP, INC. and HACHETTE BOOK GROUP USA, INC., by and through their attorneys, HOWARD KRAUSKOPF and NIKOLETA LAMPRINAKOS OF MYERS MILLER & KRAUSKOPF, LLC, hereby move for an extension of time in which to file responsive pleadings to plaintiff's complaint at law. In support thereof, defendants state as follows:

1. Defense counsel has recently been appointed to represent the defendants in this matter and has attempted to confer with all of the their clients to obtain information regarding the facts of the case in order to answer the complaint or otherwise plead.

2. Counsel has not been able to confer with the appropriate individuals.

3. Defendants request an additional fourteen (14) up to and including February 25, 2008 to file their answer or other responsive pleadings to plaintiff's complaint.

4.  Plaintiff will not be prejudice if the extension is granted.

5.  Counsel for Defendant contacted plaintiff's counsel on February 11, 2008 regarding an agreement to allow this extension, and counsel advised that they have no objection.

WHEREFORE, Defendants, TIME WARNER BOOK GROUP, INC. and HACHETTE BOOK GROUP USA, INC., respectfully request an order granting them an extension of time up to and including February 25, 2008 to file their answer or other responsive pleadings to plaintiff's complaint at law.

Respectfully submitted,

MYERS MILLER & KRAUSKOPF, LLC


/s/ Nikoleta Lamprinakos


Howard Krauskopf (3126664)
Nikoleta Lamprinakos (6274018)
MYERS MILLER & KRAUSKOPF, LLC
30 N. LaSalle Street, Suite 2200
Chicago, IL 60602
Ph: (312) 345-7250/Fx: (312) 345-7251

G:\CASES\12264.Rivera\12264.Motions\12264.m01.wpd