12264                                                                HK/NL/bla

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RAFAEL RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 128 |
| ) | |
| TIME WARNER BOOK GROUP, INC. ) | Honorable Judge Milton I. Shadur |
| and/or HACHETTE BOOK GROUP USA, ) | |
| INC. and/or DUKE REALTY ) | Magistrate Judge Schenkier |
| CORPORATION and/or all d/b/a TIME ) | |
| WARNER BOOKS and TIME WARNER ) | |
| BOOKS, ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Sean M. Baker, ELLIOT RICHARDSON & ASSOCIATES, LLC, 20 S. Clark Street, Suite 500, Chicago, Illinois 60603

Please take notice that on **February 21, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Milton I. Shadur or any judge sitting in his stead in the courtroom usually occupied by her in Room 2303 of the United States District Court Courthouse, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Defendants' Time Warner Book Group, Inc. and Hachette Book Group, Inc.'s Motion for an Extension of Time to Answer or Otherwise Plead***, a true and correct copy of which is hereby served upon you.

Howard Krauskopf (3126664)
Nikoleta Lamprinakos (6274018)
MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Ph: (312) 345-7250; Fax: (312) 345-7251

                                                    /s/Nikoleta Lamprinakos
                                                    Attorney for Defendants,
                                                    MYERS, MILLER & KRAUSKOPF, LLC

G:\CASES\12264.Rivera\12264.Motions\12264.nm01.wpd

**CERTIFICATE OF SERVICE**

      I, Nikoleta Lamprinakos, an attorney, under penalties as provided by law pursuant to 735 ILCS 5/1-109 certifies that a copy of this *Notice and the attached Motion,* were served upon the attorneys of record by E-filing a copy thereof to each person to whom it is directed at the address(es) and depositing same in the United States Mail chute with proper postage prepaid at 30 North LaSalle Street, Suite 2200, Chicago, Illinois, on or before 5:00 p.m. on February 11, 2008.

[X] Under penalties as provided by law pursuant
to ILL. REV. STAT. Chap. 110-SEC. 1-109
the undersigned certifies that the statements
set forth herein are true and correct.　　　　　　　　　　/s/Nikoleta Lamprinakos

G:\CASES\12264.Rivera\12264.Motions\12264.nm01.wpd