UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Rafael Rivera
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−00128
                                                            Honorable Milton I. Shadur
Time Warner Book Group, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

   MINUTE entry before Judge Milton I. Shadur :Defendant Time Warner Book Group and Hachette Book Group's Motion for extension of time to answer to and including February 25, 2008 [22] is grantedMailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.