12264  HK/NL/bla

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 128 |
| | ) | |
| TIME WARNER BOOK GROUP, INC. | ) | Honorable Judge Milton I. Shadur |
| and/or HACHETTE BOOK GROUP USA, | ) | |
| INC. and/or DUKE REALTY | ) | Magistrate Judge Schenkier |
| CORPORATION and/or all d/b/a TIME | ) | |
| WARNER BOOKS and TIME WARNER | ) | |
| BOOKS, | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To: Sean M. Baker, ELLIOT RICHARDSON & ASSOCIATES, LLC, 20 S. Clark Street, Suite 500, Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **February 25, 2008,** we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, ***Defendants' Time Warner Book Group, Inc., and Hachette Book Group USA, Inc.'s Answer to Plaintiff's First Amended Complaint and Affirmative Defenses,*** a true and correct copy of which is attached hereto and hereby served upon you.

                                                                    /s/Nikoleta Lamprinakos
                                                        Attorneys for Defendants,
                                                        Time Warner Book Group, Inc. and Hachette Book Group USA, Inc.'s Answer to Plaintiff's First Amended Complaint

Howard Krauskopf (3126664)
Nikoleta Lamprinakos (6274018)
MYERS MILLER & KRAUSKOPF, LLC
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Ph: (312) 345-7250; Fax: (312) 345-7251

G:\CASES\12264.Rivera\12264.Motions\12264.nf01.wpd

**CERTIFICATE OF SERVICE**

      I, Nikoleta Lamprinakos, an attorney certify that a copy of this ***Notice of Filing*** and ***Defendants' Time Warner Book Group, Inc., and Hachette Book Group USA, Inc.'s Answer to Plaintiff's First Amended Complaint and Affirmative Defenses,*** were served upon the attorneys of record by E-Filing a copy thereof to each person to whom it is directed at the above address(es) and depositing same in the United States Mail chute with proper postage prepaid at 30 North LaSalle Street, Suite 2200, Chicago, Illinois 60602, at or before 5:00 p.m. on **February 25, 2008.**

[X] Under penalties as provided by law pursuant  
to 735 ILCS 5/1-109 the undersigned  
certifies that the statements  
set forth herein are true and correct.                    BY:    /s/Nikoleta Lamprinakos