# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 128 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Rivera vs. Time Warner | | |

**DOCKET ENTRY TEXT**

Status hearing held. This Court orders that this action is transferred under 28 U.S.C. 1406 to the Southern District of Indiana, Indianapolis. The Clerk is directed to transfer this action forthwith.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|