

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

March 28, 2008

Clerk of Court
Birch Bayh Federal Building &
United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204

*RE:*         *Rafael Rivera vs. Time Warner Book Group, Inc. et al*
*USDC ND/IL Case No:*    *08cv128*

Dear Clerk:

Pursuant to the order entered by Judge Milton I. Shadur, on March 26, 2008, the above record:

■    was electronically transmitted to Southern District of Indiana, Indianapolis Division.

              Sincerely yours,

              Michael W. Dobbins, Clerk

              By:    /s/ R.B. Franco
                     Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties